```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 00835
   KORDEL D MAYHALL
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-0586


---------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 01/15/08 .

   2.   The case was dismissed without confirmation, 06/27/2008.

   3.   The Debtor paid a total of $    7012.00 .

---------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
---------------------------------------------------------------------------
COUNTRYWIDE FINANCIAL      CURRENT MORTG          .00              .00             .00
CHASE HOME EQUITY          SECURED                .00              .00             .00
BANK OF AMERICA            UNSECURED        NOT FILED              .00             .00
COUNTRYWIDE FINANCIAL      MORTGAGE ARRE   NOT FILED              .00             .00
CHASE HOME EQUITY          MORTGAGE ARRE   NOT FILED              .00             .00
CITIZENS AUTO FINANCE      SECURED VEHIC         .00              .00             .00
        Summary of disbursements:
---------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00          .00          .00          .00
PRINCIPAL PAID          .00          .00          .00          .00          .00
INTEREST PAID           .00          .00          .00          .00          .00
TOTAL PAID              .00          .00          .00          .00          .00
The Debtor's attorney, OTTENHEIMER TEPLINSKY         , was allowed $         .00
and was paid $         .00 .

The Trustee received $          .00 .

Refunds to the Debtor totaled $    7012.00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 10/09/08                 /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE
```

```
                                      PAGE   2
       CASE NO. 08 B 00835 KORDEL D MAYHALL
```